UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SETERIA LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-CV-53 |
| | ) |
| MCCRIGHT & ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ADMINISTRATIVE CLOSING ORDER

The Court was advised the parties reached a settlement of all issues in this case, and the case is settled [Doc. 20]. The court is awaiting a stipulation and proposed order of compromise and dismissal. Accordingly, it is hereby **ORDERED** that the clerk administratively terminate this action, without prejudice to the rights of the parties to reopen the proceedings, for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of this litigation.

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**